[No. 4463–7–III. Division Three. June 15, 1982.]

MARLIN N. HINMAN, *Appellant,* v. H. L. ARCHER,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 22542, B. E. Kohls, J., entered March 27, 1981. *Remanded* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 4536–6–III. Division Three. June 15, 1982.]

M. JOANN RICHARDS, *Respondent,* v. DELPHUS
WARE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. DR–28012, Clinton J. Merritt, J., entered April 10, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Roe, J.

[No. 4475–1–III. Division Three. June 15, 1982.]

CHARLES TOMPKINS, *Respondent,* v. FLOYD
DONOIAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 241448, Philip J. Thompson, J., entered March 18, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 4276–6–III. Division Three. June 15, 1982.]

CLIENT SERVICES, INC., *Appellant,* v. LINCOLN
MANOR ASSOCIATES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 240123, Donald N. Olson, J., entered October 28, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.